```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                      Case No. 06-30753-HLB
Jennifer J. Ash                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: bgapuz           Page 1 of 1          Date Rcvd: Dec 10, 2014
                              Form ID: pdfeo         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2014.
db              +Jennifer J. Ash,    530 Shannon Way #4204,    Redwood City, CA 94065-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2014 at the address(es) listed below:
              David Burchard     TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              Dean L. Woerner    on behalf of Debtor Jennifer J. Ash woerner@sanfranbk.com
              Nichlas Spallas    on behalf of Creditor    eCAST Settlement Corporation bknotices@spallasjones.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                             TOTAL: 4

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**Entered on Docket
December 10, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 9, 2014

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

| Case Number:<br>06-3-0753 HLB | U.S. Bankruptcy Court<br>Northern District of California<br>San Francisco / Santa Rosa Divisions<br>**Order Discharging Trustee and Final Decree** | |
|---|---|---|
| In Re: | Soc. Sec/Tax ID Nos: | Address of Debtor |
| JENNIFER J. ASH | ###-##-0763 | 530 SHANNON WAY #4204<br>REDWOOD CITY, CA 94065 |

The plan of the debtor(s) having been fully performed, and the estate of the above-name debtor(s) having been fully administered, it is ordered as follows:

1. The final account of David Burchard, Chapter 13 Standing Trustee is approved. He is discharged as trustee after having fully performed his duties.

2. This Chapter 13 case is closed.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

JENNIFER J. ASH
530 SHANNON WAY #4204
REDWOOD CITY, CA 94065